# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, <br>     Plaintiff(s), <br> v. <br> TERRY LAW GROUP PC, et al., <br>     Defendant(s). | Case No.: 2:19-cv-01972-KJD-NJK <br><br> **ORDER** <br><br> (Docket No. 13) |

Pending before the Court is Plaintiff's *ex parte* application for an enlargement of time to effectuate service of summons and complaint on Defendants. Docket No. 13. The Court **GRANTS** the application. *Id.* No later than April 9, 2020, Plaintiff shall properly serve the summons and complaint on Defendants. However, Plaintiff failed to adequately justify the *ex parte* designation on its application; therefore, the Court **INSTRUCTS** the Clerk's Office to remove the *ex parte* designation. *See* Local Rule IA 7-2.

IT IS SO ORDERED.

Dated: February 18, 2020

                                                   Nancy J. Koppe <br>
                                                 United States Magistrate Judge