LUCIAN J. GRECO, JR., ESQ. (Nevada Bar No. 10600)
lgreco@bremerwhyte.com
JARED G. CHRISTENSEN, ESQ. (Nevada Bar No. 11538)
jchristensen@bremerwhyte.com
BREMER WHYTE BROWN & O'MEARA, LLP
1160 N. Town Center Drive, Suite 250
Las Vegas, NV 89114
(702) 258-6665 (Tel.)
(702) 258-6662 (Fax)

Attorneys for Plaintiff and Counterdefendant
James River Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>        vs.<br><br>TERRY LAW GROUP PC; ZOE TERRY; ANTONIA BONACCI,<br><br>              Defendants.<br>_____<br>ANTONIA BONACCI,<br><br>              Counterclaimant,<br><br>        vs.<br><br>JAMES RIVER INSURANCE COMPANY,<br><br>              Counterdefendant. | Case No.:  2:19-cv-01972-KND-NJK<br><br>[Assigned to Honorable Kent N. Dawson]<br><br>**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Having resolved this matter to the satisfaction of the Parties, it is hereby stipulated and agreed by and among Plaintiff James River Insurance Company

1

("JAMES RIVER"), Defendants Terry Law Group, PC and Zoe Terry (collectively, "TERRY"), and Defendant / Counterclaimant Antonia Bonacci ("BONACCI") (JAMES RIVER, TERRY and BONACCI are sometimes collectively referred to as the "Parties" and individually a "Party"), by and through their respective counsel of record, that pursuant to Fed.R.Civ.P. 41, the within action be dismissed in its entirety with prejudice, including all Complaints and Counterclaims, with each Party to bear their own attorney's fees, costs, and expert fees, if any.

Dated: February 12, 2021
**BREMER WHYTE BROWN & O'MEARA, LLP**

By: /s/ Jared G. Christensen
Lucian J. Greco, Jr., Esq.
Jared G. Christensen, Esq.
Bremer Whyte Brown & O'Meara, LLP
1160 N. Town Center Drive, Suite 250
Las Vegas, NV 89114
(702) 258-6665 (Tel.)
(702) 258-6662 (Fax)
Attorneys for Plaintiff and
Counterdefendant James River
Insurance Company

Dated: January 3, 2021
**Christiansen Law Offices**

By: /s/ R. Todd Terry
R. Todd Terry, Esq.
Christiansen Law Offices
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
702-240-7979 (Tel.)
866-412-6992 (Fax)
Attorneys for Defendants Terry Law
Group, P.C. and Zoe Terry

Dated: January 12, 2021
**H1 Law Group**

By: /s/ Jill Garcia
Jill Garcia, Esq.
H1 Law Group
701 N Green Valley Parkway, Suite 200
Henderson, Nevada 89074
(702) 703-1063 (Tel.)
(702) 703-1063 (Fax)
Attorneys for Defendant and
Counterclaimant Antonia Bonacci

///

///

2

STIPULATION AND ORDER TO DISMISS

1

## **<u>ORDER</u>**

2

IT IS SO ORDERED on this <u>16th</u> day of <u>February</u>, 2021.

3

4

5

_____

6

U.S. DISTRICT COURT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2475785.1                STIPULATION AND ORDER TO DISMISS